THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Carol Skare, | Civil No. 05-1423 (RHK/AJB) |
| Plaintiff, | ORDER |
| vs. | |
| Extendicare Health Services, Inc., | |
| Defendant. | |

---

Based upon the Stipulation of counsel, **IT IS ORDERED:**

1. Count II of Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, without costs to either party.

Dated: March 10, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge